■ In the Matter of JOHN DABBENE, Respondent, v ELAINE DABBENE, Appellant. [747 NYS2d 808]

The record supports the Family Court's determination that, based on a preponderance of the credible evidence, the former wife committed a family offense, warranting the issuance of the order of protection (*see* Family Ct Act § 812 [1]; § 832; *Matter of Hogan v Hogan*, 271 AD2d 533).

Under the facts of this case, the Family Court's failure to hold a dispositional hearing does not require reversal (*see Matter of Annie C. v Marcellus W.*, 278 AD2d 177; *Matter of Quin-*

*tana v Quintana,* 237 AD2d 130; *cf. Matter of Alice C. v Joseph C.,* 212 AD2d 698). Altman, J.P., Goldstein, H. Miller and Rivera, JJ., concur.